ANNA C. DOLIVA, Plaintiff-Respondent, v. DIXIE CAB CORP., Defendant-Appellant, and CONCORD CAB CORPORATION, Defendant-Respondent.  EDGAR B. NEWTON, Plaintiff-Respondent, v. DIXIE CAB CORP., Defendant-Appellant, and CONCORD CAB CORPORATION, Defendant-Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements.  No opinion.  Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

METROPOLITAN LIFE INSURANCE COMPANY, Respondent, v. INDEPENDENCE REALTY CORPORATION, Appellant, MARK RAFALSKY & Co. and Others, Impleaded-Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements.  No opinion.  Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

BERNARD E. SINGER and MORTON L. SINGER, as Administrators of the Estate of ROSE M. SINGER, Deceased, and Others, Plaintiffs-Appellants, v. FLOYD L. CARLISLE and Others, Defendants-Respondents, BERNARD C. COBB and Others, Defendants, MORGAN, STANLEY & Co., INC., Defendant-Respondent, LOUIS R. GILBERT and Others, Defendants, J. P. MORGAN and Others, Defendants-Respondents, and EDWARD T. STOTESBURY and Others, Defendants.— Order, so far as appealed from, and the judgment unanimously affirmed, with costs.  No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ACORN EMPLOYMENT SERVICE, INC., and Others v. PAUL MOSS, as Commissioner of Licenses of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.  Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

JACOB MESH v. JACOB KESSELMAN and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.  Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

JOSEPH L. PASCAL v. BERMAN BRAUNSTEIN and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.  Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

CENTRAL HANOVER BANK & TRUST COMPANY, as Trustee under Indenture Dated April 24, 1931, Made by CHARLOTTE DOELGER v. BENJAMIN SHAPIRO.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.  Present — Martin, P. J., Glennon, Dore and Callahan, JJ.

BERT KIRKMAN, Individually and as President of Local Union No. 3 of The International Brotherhood of Electrical Workers, an Unincorporated Association Consisting of More Than Seven Persons, and Others v. WESTCHESTER NEWS-PAPERS, INC., ARTHUR C. SAUNDERS, McCLURE NEWSPAPER SYNDICATE, INC., RICHARD H. WALDO and JAMES McMULLIN.— Motion for leave to appeal to the Court of Appeals granted.  [See ante, p. 181.]  Settle order on notice.  Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of JOHN A. MEENAGH and Others against THOMAS E. DEWEY, as District Attorney of the County of New York.— Motion for leave to the Court of Appeals denied, with ten dollars costs.  Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.